DOA
10-15-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Uriel Lopez-Perez,<br>A201 148 612<br>*Defendant* | Case No. 16-8378MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 15, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Uriel Lopez-Perez, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about August 12, 2014, and not

having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey P.S. for SAUSA David C. Whipple

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 17, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 15, 2016, Border Patrol Agent R. Marca encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Uriel Lopez-Perez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Lopez-Perez was transported to the Casa Grande Border Patrol Station for further processing. Lopez-Perez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Uriel Lopez-Perez to be a citizen of Mexico and a previously deported criminal alien. Lopez-Perez was removed from the United States to Mexico, at or near Nogales, Arizona, on or about August 12, 2014, pursuant to a removal order issued by an immigration official. There is no record of Uriel Lopez-Perez in any Department of Homeland Security database to suggest that he

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Perez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Uriel Lopez-Perez was convicted of violating Possession of a Narcotic Drug for Sale, a felony offense, on January 11, 2012, in the Arizona Superior Court, Pima County. Lopez-Perez was sentenced to a term of four (4) years of incarceration. Lopez-Perez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 15, 2016, Uriel Lopez-Perez was advised of his constitutional rights. Lopez-Perez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Lopez-Perez stated that his true and complete name is Uriel Lopez-Perez and that he is a citizen of Mexico and of no other country. Lopez-Perez stated that he illegally entered the United States at or near Nogales, Arizona, on or about July 15, 2016, without inspection by an immigration officer. Lopez-Perez further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 15, 2016, Uriel Lopez-Perez, an alien, was found in the United States of

America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about August 12, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 17th day of October, 2016.

_____
John Z. Boyle
United States Magistrate Judge